IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2146-FL

| JAMES ALVIN PATTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA and WARDEN TRACY JOHNS, | ) | |
| Respondents. | ) | |

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, against respondents, arguing that respondents failed to provide him with a placement at a Community Corrections Center twelve (12) months prior to the expiration of his sentence. On March 9, 2011, respondent notified the court that petitioner had been transferred to a halfway house in California. Based on this information, it is clear that petitioner's claim is moot because he received the relief he sought and it is unlikely that he will return to the Federal Correctional Institution in Butner, North Carolina prior to his release. See Williams v. Griffin, 952 F.2d 820, 823 (4th Cir. 1991). Accordingly, this action is DISMISSED without prejudice. All pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 2nd day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge